Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET No. 6:13-mj-89-MJS |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON |
| DYLAN VINCENT KERN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Dylan Vincent Kern, by and through his attorney of record, Jerome Price, that the Bench Trial in the above-captioned matter set for April 17, 2014, shall be vacated and Plea and Sentencing set for April 15, 2014, at 10:00 a.m.  Kern has been provided with a Plea Agreement. Once it is signed by all parties it will be provided to the Court.

Dated:  April 7, 2014                    /S/ Matthew McNease_____
                                                      Matthew McNease
                                                      Acting Legal Officer
                                                      Yosemite National Park

Dated:  April 7, 2014                     /S/ Jerome Price_____
                                                      Jerome Price
                                                      Attorney for Defendant
                                                      Federal Defenders Office

1

1

**ORDER**

2

3

     For good cause shown, the Court accepts and adopts the above Stipulation and

4

ORDERS that the April 17, 2014, bench trial for *U.S. v. Dylan Vincent Kern,* case

5

6

number 6:13-mj-89-MJS, is hereby vacated, and plea and sentencing is set for April 15,

7

2014, at 10:00 a.m.

8

9

IT IS SO ORDERED.

10

11

    Dated:   April 8, 2014         /s/ *Michael J. Seng*

12

                             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28