Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DYLAN VINCENT KERN,<br><br>          Defendant. | DOCKET NO. 6:13-mj-089-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION, AND REQUEST TO VACATE REVIEW HEARING AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

   Defendant, Dylan Vincent KERN, was arrested August 19, 2013, in Yosemite National Park and charged with two counts in a criminal complaint: Count 1: engaging in threatening or violent behavior; and Count 2: being under the influence of alcohol to a degree that may endanger oneself or others. KERN plead guilty April 16, 2014, to Coutn 2 and the other count was dismissed. KERN was sentenced to the following: pay a $250 fine within 60 days, 12 months of unsupervised probation, attend AA once weekly for six months, attend four anger management sessions, obey all laws, and to report new law violations. A Review Hearing has been set for March 3, 2015, at 10:00 a.m. in Yosemite National Park. On February 24, 2015, this court signed a Probation Violation in which the Government alleged KERN failed to attend AA and failed to attend Anger Management. On March 2, 2015, the Yosemite Legal Office was provided proof of attendance of AA

and a certificate of completion for an Anger Management course. The Government withdraws its request for a Probation Violation in this matter and asks the Court to vacate the Review Hearing on March 3, 2015, at 10:00 a.m.

`

Dated: March 2, 2015                                By: /s/ Matthew McNease
                                                    Matthew McNease
                                                    Acting Legal Officer
                                                    Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probation Violation is retracted and the March 3, 2015 hearing is vacated.

IT IS SO ORDERED.

Dated:   March 3, 2015                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE